UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | 16-40885-RFN13 |
| | § | Prehearing: 11/30/2018 at 10:00 a.m. |
| EUSTASIA HERNANDEZ | § | Hearing date: 12/06/2018 at 9:00 a.m. |
| Debtor(s) | § | Docket call at 8:30 a.m. |

## NOTICE OF HEARING ON "DEBTOR(S) MODIFICATION OF PLAN AFTER CONFIRMATION"

Notice is hereby given that pursuant to 11 USC, Section 1329, the attached **Debtor(s) Modification of Plan After Confirmation** dated October 25, 2018 will be approved by the Court without a hearing, as the **Debtor(s) Modified Chapter 13 Plan** unless a party in interest files a written **"Objection to Modification"** within **five (5) business days** prior to the Pre-Hearing Conference notice below, and provided the Modified Plan is recommended by the Standing Chapter 13 Trustee and the Debtor(s) has made any subsequent payments under the Modified Plan.

An **"Objection to Modification"** shall be in writing and filed with the Bankruptcy Clerk at the following address:

Clerk, United States Bankruptcy Court
501 W. 10th Street
Fort Worth, TX 76102

**With a copy mailed or electronically serviced on the same day to:**

| **Trustee:** and | **Debtor or Debtor(s) Attorney:** |
|---|---|
| Tim Truman | Alice Bower |
| Standing Chapter 13 Trustee | Attorney for Debtor(s) |
| 6851 NE Loop 820, Suite 300 | 6421 Camp Bowie Blvd., Ste 300 |
| N. Richland Hills, TX 76180 | Fort Worth, TX 76116 |

## NOTICE OF COURT HEARING AND TRUSTEE'S PRE-HEARING CONFERENCE

On Friday, November 30, 2018 at 10:00 a.m. which is at least twenty eight (28) days from the date of service hereof, a Pre-Hearing Conference with the Standing Chapter 13 Trustee, on the attached Debtor(s) "Modification of Plan After Confirmation" will be at 6851 NE Loop 820, Suite 220, Fort Worth, Texas 76180.

Any Objections to the proposed Modification not resolved at the Trustee's Pre-Hearing Conference will be heard by the Court on December 6, 2018 **at 9:00 a.m. (docket call will commence at 8:30 a.m.) at 501 W. 10th Street, Fort Worth, Texas 76102.**

**YOU DO NOT HAVE TO ATTEND THE TRUSTEE'S PRE-HEARING CONFERENCE OR COURT HEARING UNLESS YOU OBJECT TO THE MODIFICATION.**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above "Notice of Hearing on Debtor(s) Modification of Plan After Confirmation" and "Notice of Court Hearing and Trustee's Pre-Hearing Conference" thereon with a copy of the "Debtor(s) Modification of Plan After Confirmation" attached was served by United States First Class Mail, postage paid, or electronically by the Court, upon Debtor(s), Chapter 13 Trustee, and all parties listed on the Debtor(s) mailing matrix on file with the Court, those parties making appearance, and upon the office of the United States Trustee for the Northern District of Texas on the 25th day of October, 2018 .

BY:   /s/   Alice Bower
ALICE BOWER

Certificate of Service served to the following creditor(s):

Arlington ISD
% Perdue Brandon Fielder Et Al
500 E. Border St. Ste. 640
Arlington TX, 76010

Bank of America
PO Box 31785
Tampa, FL 33631

Bank of America
PO Box 31785
Tampa, FL 33631

Barret Daffin Frappier
Turner and Engel
15000 Surveryor Blvd., Ste 100
Addison, TX 75001

Carrington Mortgage Services
1610 E. St. Andrew Place
Santa Ana, CA 92705

Chase Card
Po Box 15298
Wilmington, DE 19850

City of Grand Prairie
Water Utilities
PO Box 534045
Grand Prairie, TX 75053

Covington Credit of TX75
c/o Southern Management Corp
attn: Bankruptcy Department
P O Box 1947
Greenville, SC 29602

| | |
|---|---|
| Credit Systems Intl In<br>1277 Country Club Ln<br>Fort Worth, TX 76112 | Dallas County<br>Linebarger Goggan Blair &<br>Sampson, LLP<br>c/o Melissa L. Palo<br>2777 N. Stemmons Fwy,<br>Suite 1000<br>Dallas, TX<br>75207 |
| Fiesta Loans Inc | Green Mountain Energy<br>PO Bos 660305<br>Dallas, TX 75266 |
| Hunter Warfield<br>4620 Woodland Corporate Blvd<br>Tampa, FL 33614 | Internal Revenue Service<br>1100 Commerce Street, MC<br>5026 DAL<br>Dallas, TX 75242 |
| Oakcliff Finance<br>655 W Illinoise Ave., Bldg 700 Ste 731<br>Dallas, TX 75224 | REGIONAL<br>MANAGEMENT<br>COPORATION<br>PO BOX 776<br>MAULDIN SC 29662 |
| Rentdebt Automated Col<br>2285 Murfreesboro Rd Ste<br>Nashville, TN 37217 | Sun Loan |
| T-MOBILE<br>PO BOX 790047<br>ST LOUIS MO 63179 | Tarrant County<br>Linebarger Goggan Blair &<br>Sampson, LLP<br>c/o Melissa L. Palo<br>2777 N. Stemmons Fwy,<br>Suite 1000<br>Dallas, TX<br>75207 |
| The Law Office of Alice Bower<br>6421 Camp Bowie Blvd., #300<br>Fort Worth, TX 76116 | |