OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. LOOP 820, SUITE 300
NORTH RICHLAND HILLS, TX  76180-6608
(817)770-8500
FAX(817)498-1362

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: EUSTASIA HERNANDEZ | § § § § § | CASE NO: 16-40885-ELM |
| DEBTOR | | |

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case.  I hereby certify that a period of sixty days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case:  Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| EUSTASIA HERNANDEZ<br>2505 Hallmark St<br>Grand Prairie, TX  75052 | 03/28/2019 | $276.19 |

/s/  Tim Truman
Tim Truman, Standing Chapter 13 Trustee
Bar No. 20258000

NOTICE TO DEBTOR:  IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE NOT ENTITLED TO TH
FUNDS.

EUSTASIA HERNANDEZ
2505 Hallmark St
Grand Prairie, TX  75052

EUSTASIA HERNANDEZ
2505 Hallmark St
Grand Prairie, TX  75052

Case No: 16-40885-ELM                                                                                          EUSTASIA HERNANDEZ

Notice to Deposit Unclaimed Funds to the United States Treasury                                                    Page 2 of 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was served on the parties listed below in the manner listed below on or before 6/13/2019:

/s/   Tim Truman

Standing Chapter 13 Trustee

**BY FIRST CLASS MAIL:**

EUSTASIA HERNANDEZ,  2505 Hallmark St,  Grand Prairie, TX  75052-0000

**ELECTRONIC SERVICE:**

ALICE BOWER, 6421 CAMP BOWIE BLVD STE 300, FORT WORTH, TX  76116
PERDUE BRANDON FIELDER COLLINS AND MOTT, 500 E BORDER ST #640, ARLINGTON, TX  76010
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX  75207
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP, 4004 BELT LINE RD STE 100, ADDISON, TX  75001
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TX  76180-6608**
**(817)770-8500**
**FAX(817)498-1362**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: EUSTASIA HERNANDEZ | § § § § § | CASE NO: 16-40885-ELM |
| DEBTOR | | |

**NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY**

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case.  I hereby certify that a period of sixty days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case:  Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| EUSTASIA HERNANDEZ<br>2505 Hallmark St<br>Grand Prairie, TX  75052 | 03/28/2019 | $973.19 |

/s/   Tim Truman
Tim Truman, Standing Chapter 13 Trustee
Bar No. 20258000

NOTICE TO DEBTOR:  IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE NOT ENTITLED TO TH FUNDS.

EUSTASIA HERNANDEZ
2505 Hallmark St
Grand Prairie, TX  75052

EUSTASIA HERNANDEZ
2505 Hallmark St
Grand Prairie, TX  75052

Case No: 16-40885-ELM                                                                                          EUSTASIA HERNANDEZ

Notice to Deposit Unclaimed Funds to the United States Treasury                                                        Page 2 of 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was served on the parties listed below in the manner listed below on or before 6/13/2019:

/s/   Tim Truman

Standing Chapter 13 Trustee

**BY FIRST CLASS MAIL:**

EUSTASIA HERNANDEZ,  2505 Hallmark St,  Grand Prairie, TX  75052-0000

**ELECTRONIC SERVICE:**

ALICE BOWER, 6421 CAMP BOWIE BLVD STE 300, FORT WORTH, TX  76116
PERDUE BRANDON FIELDER COLLINS AND MOTT, 500 E BORDER ST #640, ARLINGTON, TX  76010
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX  75207
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP, 4004 BELT LINE RD STE 100, ADDISON, TX  75001
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242