BTXN 127 (rev. 1/14)

**FILED**

SEP 2 2 2022

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: : EUSTASIA HERNANDEZ    §
§    Case No.: 16-40885-ELM
§
Debtor(s)    §
§
§
§

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a ____ creditor ✓ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | Dynasty Asset Recovery Services LLC |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (*If Claimant is an individual, skip to Question No. 3*) | Dana Williams, Managing Member Dynasty Asset Recovery Services LLC |
| 3. | Current Mailing Address | 3755 N Josey Ln #117220 Carrollton, TX 75011 |
| 4. | Telephone Number | 469-702-1976 |
| 5. | SS# *(last 4 digits only)* or EIN # | 88-3800672 |
| 6. | Amount Being Claimed | $1,249.38 |

I, **Dana Williams**, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 9/21/2022    _____    N/A
                 Claimant Signature        Co-Claimant Signature

Subscribed and Sworn to Before Me this __21st__ day of __September 2022__.

_____
Notary Public
In and for the State of __Texas__

My commission expires __12-01-2025__

KATHERINE L. ISAACKS
Notary Public
STATE OF TEXAS
NOTARY ID # 12805955-3
My Comm. Expires 12-01-2025

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 9/21/22

_____
Claimant's Signature

**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TX 76180-6608**
**(817)770-8500**
**FAX(817)498-1362**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE: EUSTASIA HERNANDEZ** | § § § § § | **CASE NO: 16-40885-ELM** |
| **DEBTOR** | | |

**NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY**

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case. I hereby certify that a period of sixty days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case: Closed



| Payee Name | Check Date | Amount |
|---|---|---|
| EUSTASIA HERNANDEZ<br>2505 Hallmark St<br>Grand Prairie, TX 75052 | 03/28/2019 | $973.19 |

/s/　Tim Truman
_____
Tim Truman, Standing Chapter 13 Trustee
Bar No. 20258000

NOTICE TO DEBTOR: IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE <u>NOT</u> ENTITLED TO TH FUNDS.

EUSTASIA HERNANDEZ
2505 Hallmark St
Grand Prairie, TX 75052

EUSTASIA HERNANDEZ
2505 Hallmark St
Grand Prairie, TX 75052

OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. LOOP 820, SUITE 300
NORTH RICHLAND HILLS, TX 76180-6608
(817)770-8500
FAX(817)498-1362

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: EUSTASIA HERNANDEZ | § § § § § | CASE NO: 16-40885-ELM |
| DEBTOR | | |

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case. I hereby certify that a period of sixty days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case: Closed



| Payee Name | Check Date | Amount |
|---|---|---|
| EUSTASIA HERNANDEZ<br>2505 Hallmark St<br>Grand Prairie, TX 75052 | 03/28/2019 | $276.19 |

/s/ Tim Truman
Tim Truman, Standing Chapter 13 Trustee
Bar No. 20258000

NOTICE TO DEBTOR: IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE NOT ENTITLED TO TH FUNDS.

EUSTASIA HERNANDEZ
2505 Hallmark St
Grand Prairie, TX 75052

EUSTASIA HERNANDEZ
2505 Hallmark St
Grand Prairie, TX 75052



Case 16-40885-elm13 Doc 57 Filed 09/22/22 Entered 09/22/22 13:36:00 Desc Main
Document Page 5 of 13



## LIMITED POWER OF ATTORNEY

I <u>Eustasia Hernandez</u>, hereby appoint <u>Dynasty Asset Recovery Services LLC</u>, a Texas limited liability company, (the "Company") and <u>Dana Williams</u>, its Managing Member as my lawful attorney and Agent (the "Agent") for me and in my name and stead, and for my use and benefit to claim Assets held for me by the <u>United States Bankruptcy Court, N.D. Texas</u> (the "Assets"), giving and granting unto the Company, my said attorney in fact and Agent, full authority and power to exercise or perform any act, power, duty, right or obligation whatsoever that I now have or may hereafter acquire, relating to the Assets as fully as I might or could do if personally present, including but not limited to any request by the Company as my Agent or the Company's Attorney-at-Law to the then holder of the Assets for the direct transmission to and receipt of the Assets paid to the Company and later disbursement to me in accordance with the outstanding Agreement between the Agent and me.

This Power of Attorney will cease 180 days from date hereof.

IN WITNESS WHEREOF, I have signed this Power of Attorney this 09 day of 09, 20 22, and I direct that photographic copies of this Limited Power of Attorney be made, which shall have the same force and effect as an original.

_____
Eustasia Hernandez

SUBSCRIBED AND SWORN TO BEFORE ME this 09 day of September, 2022.

County of Tarrant
State of Texas

ANNE NGUYEN
Notary ID #131105935
My Commission Expires
April 27, 2025

_____
Notary Public

Date of Commission Expires:
04/27/2025



DYNASTY
ASSET RECOVERY SERVICES

## ASSIGNMENT OF INTEREST IN UNCLAIMED FUNDS

**THIS AGREEMENT** entered into this __5th__ day of __September__ _2022_ by and between Dana Williams, Managing Member of Dynasty Asset Recovery Services LLC, (hereinafter referred to as "Assignee") and whose current address is 3755 N Josey Ln #117220, Carrollton, Texas 75011 and Eustasia Hernandez (hereinafter referred to as "Assignor") and whose current address is 2602 Carrington Ln, Grand Prairie, TX 75052.

**WHEREAS** there has been a filing of a bankruptcy case and unclaimed funds ("Unclaimed funds") remain due to a non-exemption, or a creditor claim. The Assignor believes she has a right to the Unclaimed funds.

**WHEREAS,** Assignor agrees to pay all fees, and costs incurred for and related to the recovery of the Unclaimed funds ONLY if proceeds are collected.

**THEREFORE**, Assignor and Assignee do hereby covenant, promise, and agree as follows:

1. **Conveyance.** Assignor does hereby convey, transfer and assign any and all rights, title, interest, and claims, including but not limited to, all statutory rights to any Unclaimed funds resulting from the bankruptcy case located at:

   Location of funds: United States Bankruptcy Court, N.D. Texas
   Name of client: Eustasia Hernandez
   Case number: 16-40885-ELM

2. **Rights Given.** By this Assignment, the Assignor assigns to the Assignee the right to bring any action, application or otherwise to enforce collection or release of the Unclaimed funds, including any and all interest that may accrue, and attorney's fees and costs pursuant any available law or rule, and Assignee assigns the right to obtain any order in Assignor's name and to receive payment of the Unclaimed funds in Assignor's name.

3. **Collection of Unclaimed funds.** Assignee hereby agrees to attempt within the best of its abilities to collect the Unclaimed funds. If Assignee collects any Unclaimed funds, Assignee shall pay Assignor the remaining balance after subtracting all service fees.

4. **Fees.**
   a. Dynasty Asset Recovery Services LLC fees are 20% of the unclaimed fund balance recovered.

5. **Confidentiality and Exclusivity.** Assignor and Assignee agree they will not release any information regarding this agreement to anyone except as required by law. Assignor also agrees that they will not sign any agreement with any other person or entity for the recovery of Unclaimed funds.

6. **Representation of Assignor.** The assignor represents and states that: a) the case was filed b) The Trustee issued funds into the court registry to Assignor; c) everything represented by the Assignor is true and correct; and, d) Assignor is the person entitled to the Surplus funds; e) Assignor will cooperate fully with Assignee and its agents in their efforts to obtain the funds, and will do nothing to hinder them; f) That should the Surplus funds prove unobtainable for any reason, Assignor owe nothing.

7. **Representation of Assignee.** Assignee represents it will use its best effort to recover the greatest amount of surplus funds allowed by law. Assignee does not, however, promise that it will be able to recover the surplus funds. Assignee will act in accordance with all applicable laws.

**THIS IS AN IMPORTANT, LEGAL AND BINDING DOCUMENT. DO NOT SIGN THIS ASSIGNMENT UNLESS YOU COMPLETELY UNDERSTAND IT.**

IN WITNESS WHEREOF, I have signed this Assignment this 09 day of 09, 2022 and I direct that photographic copies of this Assignment be made, which shall have the same force and effect as an original.

_Eustasia Hernandez_
Eustasia Hernandez

SUBSCRIBED AND SWORN TO BEFORE ME this 09 day of September, 2022

County of Tarrant
State of Texas

ANNE NGUYEN
Notary ID #131105935
My Commission Expires
April 27, 2025

Notary Public

Date of Commission Expires:
04/27/2025



**DYNASTY**
ASSET RECOVERY SERVICES

### AFFIDAVIT OF
### PHOTO IDENTIFICATION AUTHENTICITY

I, Dana Williams, Managing Member of Dynasty Asset Recovery Services LLC, hereby certify that the below proof of identification is a true and accurate duplicate of the original.



Date: 9/21/22

Dana Williams, Managing Member
Dynasty Asset Recovery Services LLC

**Mailing Address:**
3755 N Josey Lane #117220
Carrollton, Texas 75011

**Physical Address:**
1930 E Hebron Pkwy #360
Carrollton, Texas 75007

**Phone:**
(469) 702-1976

On 21 Sept 2022 before me, Dana Williams, personally appeared, personally known to me to be the person whose name is subscribed to be within the instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal this 21st day of September 2022 in the County of Denton, State of Texas.

Signature of Notary Public

Date Commission Expires: 12-01-2025



KATHERINE L. ISAACKS
Notary Public
STATE OF TEXAS
NOTARY ID # 12805955-3
My Comm. Expires 12-01-2025



## CERTIFICATE OF LLC RESOLUTION

The undersigned Managing Member of Dynasty Asset Recovery Services LLC, an LLC duly organized under the laws of Texas (hereinafter, "The LLC"), hereby certify that the following resolutions were duly adopted by said Managing Member of the LLC on August 18, 2022 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Dana Williams is hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by her as being in the best interest of The LLC; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in her opinion, in the best interest of The LLC.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of the 21 day of September, 2022.

_____
Dana Williams, Managing Member
Dynasty Asset Recovery Services LLC

Date: 9/21/22

SUBSCRIBED AND SWORN TO BEFORE ME this 21st day of September 2022 in the County of Denton, State of Texas.

_____
Notary Public

Date Commission Expires: 12-01-2025

KATHERINE L. ISAACKS
Notary Public
STATE OF TEXAS
NOTARY ID # 12805955-3
My Comm. Expires 12-01-2025

| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $300 | <br><br>**Certificate of Formation**<br>**Limited Liability Company** | Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 804691157 08/18/2022<br>Document #: 1170746680002<br>Image Generated Electronically<br>for Web Filing |
|---|---|---|

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

**Dynasty Asset Recovery Services LLC**

### Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

**OR**

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

Name:
**Dana    Williams**

C. The business address of the registered agent and the registered office address is:

Street Address:
**1930 E Hebron Pkwy #306    Carrollton  TX  75007**

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

**OR**

☑ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☐ A. The limited liability company is to be managed by managers.

**OR**

☑ B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

Managing Member 1: **Dana    Williams**          Title: **Managing Member**

Address: **3755 N Josey Ln #117220    Carrollton  tx, USA  75011**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

[The attached addendum, if any, is incorporated herein by reference.]

### Initial Mailing Address

Address to be used by the Comptroller of Public Accounts for purposes of sending tax information.

The initial mailing address of the filing entity is:
**3755 N Josey Ln #117220**
**Carrollton, tx 75011**
**USA**

### Organizer

The name and address of the organizer are set forth below.
**Frances Severe**       2804 Gateway Oaks Dr # 100, Sacramento, Ca 95833

### Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Frances Severe**

Signature of Organizer

**FILING OFFICE COPY**



**DYNASTY**
ASSET RECOVERY SERVICES

09-21-2022

U.S. Bankruptcy Court

1100 Commerce St., Room 1254

Dallas, TX 75242

RE: __Eustasia Hernandez__ Unclaimed Funds from Bankruptcy Case __16-40885-elm__

in the amount of __$1,249.38__

My name is Dana Williams. I am the Managing Member of Dynasty Asset Recovery Services LLC in Carrollton, Texas and I am the successor claimant for the above-referenced matter.

Enclosed please find:

> Application for Unclaimed Funds
> Certificate of Service
> Proof of Claim (Notice of Unclaimed Funds)
> Claimant ID
> Limited Power of Attorney
> Assignment
> Affidavit of Photo ID
> Certificate of LLC Resolution
> Certificate of Formation
> Form AO 213P

Please review this application for processing and let me know if any additional documents are needed.

Regards,

Dana Williams
Dynasty Asset Recovery Services LLC
dana@dynastyassetrecovery.com
469-702-1976

Enclosures
Cc: U.S. Attorney